```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

KYMBERLEE RAU,

       Plaintiff,
v.                                  Case No.  8:16-cv-3230-T-33JSS

CUPPA, INC., ET AL.,

       Defendants.
_____/

**ORDER**

    This cause is before the Court pursuant to Defendants' Motion to Strike Claim for Punitive Damages (Doc. # 16), which was filed on December 12, 2016.  Plaintiff failed to file a response in opposition to the Motion and the time to do so under the Federal Rules of Civil Procedure and the Local Rules of the Middle District of Florida has expired.  The Court accordingly grants the Motion as an unopposed Motion. Plaintiff's claim for punitive damages is stricken.

    Accordingly, it is

    **ORDERED, ADJUDGED, and DECREED:**

    Defendants' Motion to Strike Claim for Punitive Damages (Doc. # 16) is **GRANTED.**

    **DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 29th day of December, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE