UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KYMBERLEE RAU,

        Plaintiff,

v.

CUPPA, INC., RICHARD D. GRISWOLD, JEFFREY D. MADDUX, and LOU MOSER,

        Defendant.

Case No. 8:16-cv-03230-VMC-JSS

## JOINT STIPULATION TO DISMISSAL WITH PREJUDICE

The Parties stipulate to the dismissal of this action with prejudice under Federal Rule of Civil Rule 41(a)(ii), with each party to bear its own attorney's fees, costs and disbursements.

Dated this 14th day of April, 2017.

Respectfully submitted,

*s/Alan M. Gross*
Alan M. Gross, Esquire
ALAN M. GROSS, P.A.
4731 Central Avenue
St. Petersburg, FL 33713
Telephone: (727) 327-0100
Facsimile: (727) 327-1797
Email: agross@alangrosslaw.com
FBN: 510602 / SPN: 815601
Attorneys for Defendants

*s/ R. Michael Pierro, Jr.*
R. MICHAEL PIERRO, JR.
Florida Bar No. 0013023
*Counsel for Plaintiff*
**LAW OFFICE OF
R. MICHAEL PIERRO, JR., P.A.**
146 Second Street North – Suite 310
St. Petersburg, Florida 33701
(727) 201-2573 | (727) 491-7072 – Fax
mikepierro@rmpemploymentlaw.com

*s/Karen E. Maller*
Karen E. Maller, Esquire
Powell, Carney & Maller, P.A.
One Progress Plaza, Suite 1210
St. Petersburg, FL 33701
Telephone: (727) 898-9011
Facsimile: (727) 898-9014
Email: kmaller@powellcarneylaw.coru
FBN: 822035
Attorneys for Defendants

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April,, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Alan M. Gross, Esquire, Alan M. Gross, P.A., 4731 Central Avenue, St. Petersburg, FL 33713 (agross@alangrosslaw.com) and Karen E. Maller, Esquire, Powell, Carney, Maller, P.A., One Progress Plaza, Suite 1210, St. Petersburg, FL 33701 (kmaller@powellcarneylaw.com).

*s/ R. Michael Pierro, Jr.*
ATTORNEY